IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN TRACEY HILL,

          Plaintiff,          No. CIV S-04-0775 GEB GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,         <u>ORDER AND</u>

          Defendants.       <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the amended complaint filed October 27, 2004, as to Dr. Johnson only. Plaintiff alleges that defendant Johnson ordered that plaintiff receive psychotropic medication involuntarily. As relief, plaintiff requests money damages only.

        On July 13, 2005, plaintiff filed a supplemental complaint. In this pleading, plaintiff alleges that defendant Dr. Frishman ordered that plaintiff receive psychotropic medication involuntarily. The supplemental complaint does not contain plaintiff's allegations against defendant Johnson.

/////

/////

1

1    Local Rule 15-220 requires pleadings to be complete without reference to other

2   documents.  In other words, a complaint must contain all claims against all defendants.

3   Plaintiff's supplemental complaint does not comply with Local Rule 15-220 because it does not

4   contain plaintiff's claims against defendant Johnson.  Accordingly, the supplemental complaint is

5   dismissed.

6    On July 13, 2005, plaintiff filed a motion for a temporary restraining order.  In this

7   pleading, plaintiff requests that defendants be ordered to stop medicating him with psychotropic

8   medication against his will.  As stated above, the amended complaint on which this action is

9   proceeding does not contain a request for injunctive relief.  Therefore, plaintiff cannot proceed

10   with a motion for injunctive relief going to the merits of his action.  Accordingly, plaintiff's July

11   13, 2005, motion for a temporary restraining order should be denied.  If plaintiff files another

12   supplemental complaint, he may include a request for injunctive relief in addition to his request

13   for damages.  Plaintiff may then re-new his motion for a temporary restraining order.

14    Accordingly, IT IS HEREBY ORDERED that plaintiff's July 13, 2005,

15   supplemental complaint is dismissed;

16    IT IS HEREBY RECOMMENDED that plaintiff's July 13, 2005, motion for a

17   temporary restraining order be denied.

18    These findings and recommendations are submitted to the United States District

19   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

20   days after being served with these findings and recommendations, plaintiff may file written

21   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

22   /////

23   /////

24   /////

25   /////

26   /////

2

Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  8/19/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
hill775.ame