IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRACEY HILL,<br><br>          Plaintiff,<br><br>vs.<br><br>CA. DEPT. OF CORRECTIONS, <u>et al.</u>,<br><br>          Defendants. | No. 2:04-CV-0775-RRB-GGH-P<br><br>**<u>ORDER</u>** |

Plaintiff Brian Tracey Hill ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 11, 2006, Magistrate Judge Gregory G. Hollows filed Findings & Recommendations (Docket No. 41) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:04-CV-0775-RRB-GGH-P

1   The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 41) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations (Docket No. 41), filed on September 11, 2006, are adopted in full; whereby,

2. Defendants' Motion for Summary Judgment at Docket No. 36 is **GRANTED**.

**ENTERED** this 13th day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:04-CV-0775-RRB-GGH-P